AO 91 (Rev. 11/11)  Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 1 0 2020

David J. Bradley, Clerk of Court

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 1:20-MJ-472 |
| Marcos Daniel GOMEZ | ) | | |
| Defendant(s) | ) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 9, 2020 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 (a) and (e) and 18 USC 2252A(a)(5)(B) | Production of Child Pornography and Possession of and Access with Intent to View Child Pornography |

This criminal complaint is based on these facts:

On July 9, 2020, members of the Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) executed a search warrant at ███████, Brownsville, Texas.

Post-Miranda, special agents conducted an interview of Marcos GOMEZ, who admitted to being in possession of hundreds of images of child pornography. GOMEZ voluntarily showed the agents the images of child pornography that he stored on a cellular phone that he stated he had sole access to.

In conducting the investigation, agents observed additonal images of child pornography that were contained in the camera roll of GOMEZ's cellular phone, manufactured in China. GOMEZ admitted he coerced a prepubscent minor for the purpose of producing a visual depiction of sexually explicit conduct, that included the minor conducting a sexual act on GOMEZ.

☐ Continued on the attached sheet.

*Complainant's Signature*

Stephen Reuther    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to
and signature attested as per Fed Rules Cr. Proc. 4.1.
July 10, 2020
Date

Brownsville, Texas
City and State

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*