IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                    CASE NO. 1:20-CR-00452-001

MARCOS DANIEL GOMEZ,

DEFENDANT

**DEFENDANT MARCOS DANIEL GOMEZ'S LETTERS AND EXHIBITS FOR THE
COURT'S CONSIDERATION AT SENTENCING**

TO THE HON. ROLANDO OLVERA JR., U. S. DISTRICT JUDGE:

**MARCOS DANIEL GOMEZ,** Defendant, by and through Robert Garza, his attorney of

record, provides the following letters of recommendation and other exhibits for the Court to

consider at the time of Mr. Gomez's sentencing.

Respectfully submitted,

**ROBERT GARZA, ATTORNEY AT LAW, P.C.**
1200 East Harrison Street
Brownsville, Texas 78520
Telephone No.: (956) 544-1111
Facsimile No.: (956) 544-1108

_____
ROBERT GARZA
State Bar No. 07738025
Federal Id. No. 600166
Email: jrobert@garzapllc.com
Attorney for Marcos Daniel Gomez

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, the above motion was served on the United States

Attorney, Ana C. Cano via email.

_____
ROBERT GARZA



I.

## LETTERS FROM FAMILY & FRIENDS

1. Mrs. Susana Gomez--------Mother of Marcos Gomez

2. Mr. Jaime Gomez-----------Father of Marcos Gomez

3. Ms. Cynthia Gomez--------Older Sister of Marcos Gomez

4. Mr. Jaime Gomez-----------Older Brother of Marcos Gomez

5. Mrs. Leticia Ruiz------------Aunt of Marcos Gomez

6. Arturo R. Vasquez----------Uncle of Marcos Gomez

7. Rosa M. Ballesteros--------Aunt of Marcos Gomez

8. Enrique & Maria De La Cruz----Uncle & Aunt of Marcos Gomez

9. Jorge Gomez----------------Godfather of Marcos Gomez

10. Gracie M. Garcia ----------Neighbor of Marcos Gomez

*Mom*

Judge Rolando Olvera,

In the name of Christ Jesus, I write you this letter for the case of Marcos Daniel Gomez. I am Susana Gomez, mother of Marcos. I want to tell you that we have never had any problems of any type. We are a family of father, mother, two daughters and two sons. A very united family with great values and foundations in the word of God. It is for that reason that the enemy is trying to destroy us as a family, but we are trusting in an almighty God that is fighting all our battles.

Judge Olvera, allow me to tell you how Marcos Daniel is. Marcos is a young man who just turned 20, but unfortunately, it was until now that all this happened, that I found out about what happened to him when he was eight years old. Marcos was molested by a cousin of his who was nine years old at the time this happened, but Marcos never told me anything. He has always been quiet, respectful, kind, tender, honest and very studious. He was in the band at his high school, Porter High School, and he had a girlfriend who was a Porter belle there as well. Marcos does not smoke nor does drugs, and he isn't of many friends. He does have friends, but since he has a calm personality, he has a few close friends. His ways to have fun were to go out with his girlfriend to school trips such as football games since he was in the band, and she was a Porter belle. He also enjoyed competing in academic competitions. Since both are very intelligent, they competed in science and history fairs and won all the time. He also enjoyed going to the mall or the movies with his girlfriend, I would take them all the time. Other times he would ask for permission to bring her over so that they could watch movies in the living room of the house. When it came to parties, he didn't really like attending them since he didn't know how to dance. I told him that I would teach him along with his older brother since he doesn't know either. Both

2

of them are very good young men, very calm and affectionate. He was also very enthusiastic about learning how to drive. He learned quickly so I was just telling him to go take classes so that he could get his driving permit since I thought he was still very young to get a license. That is where I saw him very enthusiastic and joyful.

Marcos Daniel always shared a room with his older brother, until my daughter got married. That was when they each got their own room since there was a free room in the house. That was when he was 16 years old, and it was when he started changing. He would sleep very late because he said he couldn't sleep; he would ask me if there was anything he could try so he could sleep well. He would spend the whole day in his room. In his free time, he would program fire sticks and along with his father and I, we would help him sell them. He was doing very well, selling a lot but at times he would struggle to program them because he didn't want to get it done. He said he was having a lot of homework, but I found that odd since he wasn't like that. I also started to notice that he didn't want to cut his hair anymore, he would let it grow long and he would just say that it was fine like that.

One time I told him that I wanted to talk to him, I asked him if he was having problems in school or with his girlfriend since he was looking worried, but he said that everything was fine. However, I noticed that he wanted to tell me something, but he didn't, so I just prayed for him there. I was even having problems in taking him to his doctor's appointments before all of this happened. He was born with a heart murmur, so he needs to visit the doctor every six months. When we went, the cardiologist told him that he had high pressure, so he started asking Marcos if he was having trouble in school, and even asked him jokingly if he was having problems with his girlfriend, but he said he didn't so the cardiologist continued making appointments to handle that high pressure. That time I was bothered by the results of his high pressure so I told him that

3

he would start eating healthy since all he ate was burgers, pizza, and chips, but he told me that it wasn't because of that. He even insisted that he wanted to go back to our old church, International Christian Center (ICC) here in Brownsville, Texas, but we stopped attending ICC because we started supporting a cousin of his who was opening a new church. I believe he told me this because he couldn't take it anymore and desperately needed help. I also found out that he was seeking professional help with a psychologist. He wanted assistance through phone calls but was told it was only available through appointment and in person.

Judge Olvera, when one reads the word of God, one notices who is the one behind manipulating the thoughts and minds of people, trying to destroy their lives. If Marcos was someone else, he wouldn't be speaking everything so easily. Any other astute person would think "I am not going to drown myself in this even more with what I am saying." As I mentioned before, my son is very honest. Even in this situation that he is in right now, he is speaking with truth and with what he felt, even though it can harm him. What he wanted was to let everything he was feeling out, because he couldn't take it anymore. For that I thank God because if not, I am afraid he would have committed suicide.

About my grandson I can tell you that he is a beautiful kid, and it hurt us so much what happened in our family. As a family we are between a rock and a hard place because it hurts us from both sides. The first few days, my grandson asked me about Marcos, and I told him that he had gone far away to study in school. He responded that when he grows up, he doesn't want to study so he doesn't need to leave the house. On another occasion, my daughter spoke with my grandson about where Marcos was and my grandson responded by asking her if there were any bad men there, and if he was being fed correctly there. I love him so much as if he is my son, but I leave everything in the hands of God.

4

On Marcos' last birthday here, my grandson made him a drawing in which he drew the door of the room of Marcos, and Marcos beside it, not letting him get into his room by pulling him by his shirt to not let him go inside. When my grandson showed us that drawing, we laughed about it and told Marcos to let him go into his room, since he never let him go in. He would always say that he had a lot of homework, so he didn't want him inside. This is why we say that he didn't want to harm my grandson, because Marcos knew that wasn't right. That's why his heart was wrong, and he felt awful. It was just that I didn't know what was going on. Thankfully, Marcos always sought God and God is giving him strength.

Judge Olvera, with all due respect, I ask you in the name of Jesus that if you have a son, that the Holy Spirit touches your heart; imagine that it could be your son and have mercy on Marcos Daniel. Judge Olvera, Marcos Daniel is very regretful of what he did. All this time he has been where he is right now, has been horrendous for all of us. Judge Olvera, Marcos already asked God for forgiveness, and he also wants to apologize to his sister and his nephew. However, he also wants to apologize to you, because you are a judge here on earth and God is a judge up in heaven. I ask you in the name of Jesus, if you can forgive Marcos Daniel Gomez. God bless you.

Respectfully, Susana Gomez

Susana Gomez

A Quien Corresponda                    7-28-2020
Yo: Jaime Gomez, Soy el Papa De
Marcos Gomez, Mi Hijo Desde que Tiene
uso De Razon Ha Sido un Hijo muy
obediente, un Hijo ejemplar Nunca
Nos Ha Dado Dolores De Cabeza
Siempre Dedicado A su estudio en Todos
Los Niveles, Siempre con las
Mejores calificaciones Muy Querido Po
Por compañeros y Maestros.
Siempre Dedicado a su familia, su casa,
Su Novia, y ultimamente estuvo
Muy entregado a la Banda, era
su Pasion en la "Porter" High school
Lider en la Banda y seleccionar a
sus Amigos y compañeros De Escuela
A mucho orgullo Puedo Decir que
Representa Su escuela en Diferentes
ocasiones A Nivel Local como Estatal
con Diferentes Proyectos,
con Caracter Firme, Serio pero Amigable
Siempre Positivo, De Buen Genio y Buen Humor
No es Gruñon, Cumplido en sus Tareas
De escuela, Responsables y Accesible en Sus
Trabajos De La Casa, Siempre Honesto
y Directo al Hablar, y Siempre Respeta

LAS REGLAS AL LUGAR QUE ASISTE
EL YA IBA A REGISTRARSE PARA VOTAR
MARCOS SABE ESCUCHAR, Y NOS TOMA EN
CUENTA PARA TODO LO QUE VAYA HACER
MARCOS NUNCA SE HA VISTO ENVUELTO
EN PROBLEMAS DE PANDILLAS, DROGAS
ALCOHOL, EN "PORTER HIGH SCHOOL,
OBTUVO VARIAS "BECAS" PARA SUS
ESTUDIOS Y SUS PLANES ERA SEGUIR
EN EL COLEGIO Y DESPUES IRSE
A SAN ANTONIO TEXAS Y TERMINA
SU CARRERA.

CON TODA CARINJO.

JAIME GOMEZ

TE AMO HIJO
ME SIENTO ORGULLOSO DE TI

*Oldest Sister*

7.28.20

To whom it may concern.

I am Cynthia Gomez and
Marcos is my little brother. Marcos
is a very quiet kid. Very respectful
kind, polite, humble and obedient.
He is a good brother and son.
Everyone in our family look up to
him. For achieving so much at his
young age. All his scholarships
and recognitions he has granted from
his hard work. and his dedication
to school. Marcos is a very honest
person, someone you can trust
and count on. Marcos definitely
follows the rules of the law. He
Knows how to drive but he
Chose not to simply because he
still doesn't have his drivers
license. There for he would still ask
my parents or myself to take
him to places. Marcos would
follow my parents rules and
any rule in general. Marcos
would listen to anyone that
had something to say either

good or bad he would quietly sit and listen no matter what it was. Marcos never had and problems with drugs or alcohol. He was always very dedicated to his school and his school band. Always trying to over achieve his goals in life looking forward to start his first year im of college this semester. And to continue with his studies and achieve his goals and dreams to become a Cyber security in a near future. He is a good kid, and every one deserves a second chance.

Respectfully

Cynthia Gomez

Cynthia Gomez

(956) 459-3348

Jaime Gomez

Tuesday, July 28, 2020.

To whom it may concern,

I am Jaime Gomez, brother of Marcos Daniel Gomez. I was four years old when he was born. So we grew up together. We showed rooms since we were little all the way up to last August, when we were able to get our own individual rooms. Being in the same room and being together most of the time for 17 years helped me to know my brother very well, apart from the fact that he's my brother. Marcos is a intelligent, quiet and humble kid who seems serious all the time, but in reality is always calm and happy when he's with family and friends. He's not the most charismatic kid, but he sure is like any normal 18-year old who has hopes and dreams for the future (which involve college at UTRGV and UTSA). Due to his character and personality, Marcos has always been an honest kid. For that same reason, he has always been disciplined and well behaved. He has never had problems with alcohol or any illegal substances, he does not even drink. He's not the type of kid to partly late and look for problems. He is dedicated completely to school and the board at his school.

Older Brother

Mi nombre es Leticia Ruiz
Vázquez soy tía de Marcos
Lo conozco desde que nació
Convivimos con el en las
reuniones familiares en
casa de mis padres, mis
hijos y yo toda la familia

Marcos es un joven
muy inteligente, buen hijo
obediente, honesto
de buen caracter, se lleva
bien con todas, no toma
no fuma, no se droga
no es de pleito, ni
problematico, tiene
buena enseñanza cristiana.
y es sincero.

Letia Ruis V.

unde

Arturo Ruiz Vasquez

Soy tío de Marcos.

El es un joven tranquilo y estudioso serio y muy respetuoso.

Desde niño convivimos, y de Joven convivimos en las navidades o otras reuniones.

Es un buen muchacho, noble, sencillo que ama mucho a sus padres y familia.

Su caracter es muy tranquilo lo alegre y un poco callado, trabajador y muy comportido.

En toda la familia sabemos que es un Joven honesto.

y es un buen muchacho que atiende a los consejos. cuando le hablamos.

Arturo Ruiz Vasquez
Jesus Ma Cardenas #50 Col. Popular
Tel 2-68-14-77.

Julio 28- 2020

Atun!

A quien corresponda:

Rosa María Ballesteros.
(TIA)

Marcos Gómez lo conozco desde
que nació es mi sobrino menor.
Es un muchacho tranquilo, trabajador
estudioso y responsable.
Es reservado pero muy honesto
Tiene iniciativo propio tiene su
negocio. con el cual apoya para sus gastos
personales.
Ha estado en la banda de música
sugiram ocasión hace años giradas en la
Parten.
Es un poco introvertido pero sabe
escuchar, es muy atento y amable.

Rosa Ma Ballesteros

07/28/20

A Quién Corresponda:                    Aunt & Uncle

Enrique y Maria E. dela Cruz (Hna del Sr Jaime S.

Tior del Joven Marco Soung

Hijo de mi hermano Jaime Soung Sr

Lo Conocemos x que es de la Familia
                                        (Sobrino)

Es Buen Estudiante, Aplicado, Educado

Es Buena Persona, alegre, Reservado
atento y Respetuoso

Sabe escuchar. Tranquilo de Buen
Caracter

Enrique y Maria E. dela Cruz

7/28/20

A QUIEN CORRESPONDA:

YO JORGE M. GOMEZ HAGO SABER QUE EL JOVEN MARCOS GOMEZ ES MI AHIJADO, ES UNA PERSONA ESTUDIOSA Y CON MUCHO TALENTO Y HONESTO.

LO CONUSCO DESDE QUE NACIO, ES UNA PERSONA TRANQUILA DE CARACTER CALMADO Y PERSONA DE CASA, ESCUCHA LOS CONSEJOS DE PERSONAS MAYORES Y MUY DEDIDADO A SUS ESTUDIOS CON GRADOS EXCELENTES Y — CON MUCHOS SUEÑOS DE PROSPERIDAD, CON UN RECORD BASTANTE LIMPIO Y HONESTO.

JORGE M. GOMEZ

Jorge M. Gomez

*Neighbor*

To whom it concern
I've known Marcos. Gomez
as my neighbor like for 18
years. Marcos. Gomez is a
very Kind person and very
respectful. Marcos. Gomez
has a very polite character.
Marcos. Gomez is a very
honest person. Marcos. Gomez
listens to his parents at al
times and goes to church
with parents & Family.

Gracie M Garcia
7/28/20

# II.

# CERTIFICATES AND AWARDS

# Certificate of Achievement

presented to

## Marcos Gomez

for successful participation
in the Texas History Day State Contest

### Saturday, April 27, 2019









# Microsoft Technology Associate

## Marcos Daniel Gomez

has successfully completed the requirements to be recognized as a Microsoft Technology Associate for

## Windows® Operating System Fundamentals

Date of achievement: April 22, 2019

verify.certiport.com    5Hpy-4TkA

Satya Nadella
Chief Executive Officer

**Microsoft**
Technology Associate



NATIONAL HISTORY DAY 2019

Triumph and Tragedy

# Excellence Award

This certificate is awarded to

*Marcos Gomez*

in recognition of your valuable contribution at
the NHD-RGV Regional History Day
held on February 23, 2019.

Dr. Sylvia Ann Reyna Hatton
Interim Superintendent of Schools

Minerva M. Peña
Board President



# BISD DEPARTMENT OF FINE ARTS

This is to certify that

## Marcos Gomez

completed **58** hours of community service in
November and December for the
2017 **"Santa and Friends"** performances

Dr. Rebecca V. Rendón, Administrator

December 7, 2017
Date

# III.

# GRADE REPORTS & TRANSCRIPT

**Student Transcript**

Page 1 of 3

/2019

ent: **Gomez, Marcos Daniel**
2625 POLK ST
BROWNSVILLE, TX 78520-6744

Porter High School
3500 International Blvd
Brownsville, TX 78521

Brownsville ISD

(956) 548-7800

| | | |
|---|---|---|
| Date: 10/30/2001 | **Phone:** (956) 541-5816 | **State ID:** 640786839 |
| ent ID: 1800833 | **Grade:** 12 | **Ethnicity:** Hispanic/Latino |
| nt Guardian: Jaime Gomez | **Gender:** M | **Race:** White |

**Graduation Date:**
**TX Grant Eligibility:**
**Certificate of Completion Date:**
**Student Unique ID:** 9533295414

luation Program Type: Foundation High School Program TAC Ch. 74.1021 (Students entered grade 9 after 2015 or entered grade 9 prior to 2015 and opted to graduate under Foundation HS Prog)

: 2015-16     Gr: 08

ding: Cummings Middle School     031901042

| Course | | SEM1 | | SEM2 | | SEM3 | Credit |
|---|---|---|---|---|---|---|---|
| 03100500 | ALG 1 | 82 | J | 87 | J | | 1 |
| 03440100 | SPAN 1 | 95 | J | 95 | J | | 1 |
| **Tot Crt:** 2.000 | **State:** 2 | **Local:** 0 | | | | | |

**Year:** 2016-17     Gr: 09

**Building:** Porter High School     031901002

| Dept | Course | | SEM1 | | SEM2 | | SEM3 | Credit |
|---|---|---|---|---|---|---|---|---|
| OL | A3440100 | APSPALAN | 96 | D | 99 | D | | 1 |
| SC | 03010200 | BIO | 79 | Q | 100 | Q | | 1 |
| LA | 03220100 | ENG 1 | 88 | Q | 86 | Q | | 1 |
| MA | 03100700 | GEOM | 75 | Q | 72 | Q* | | 0.5 |
| FA | 03151700 | MUS1INEN | 95 | | 97 | | | 1 |
| CT | 13027200 | PRINIT | 96 | A | 100 | A | | 1 |
| OL | 03440200 | SPAN 2 | 94 | E | 95 | E | | 1 |
| OL | 03440300 | SPAN 3 | 95 | E | 94 | E | | 1 |
| PE | PES00012 | SUBMB | 100 | | 100 | | | 1 |
| SS | 03320100 | W GEO | 88 | Q | 90 | Q | | 1 |
| LA | 03230110 | YBK1 | 94 | | 99 | | | 1 |
| | | **Tot Crt:** 10.500 | **State:** 10.5 | | **Local:** 0 | | | |

: 2017-18     Gr: 10

ding: Porter High School     031901002

| Course | | SEM1 | | SEM2 | | SEM3 | Credit |
|---|---|---|---|---|---|---|---|
| 03100600 | ALG 2 | 93 | Q | 84 | Q | | 1 |
| A3370100 | APWHIST | 79 | P | 96 | P | | 1 |
| 03040000 | CHEM | 90 | Q | 91 | Q | | 1 |
| 13027300 | COMPMTN | 95 | | 90 | | | 1 |
| 03220200 | ENG 2 | 93 | Q | 98 | Q | | 1 |
| 03410100 | FREN 1 | 85 | | 100 | | | 1 |
| 03150200 | MUS2BAND | 100 | | 100 | | | 1 |
| 03151800 | MUS2INEN | 92 | | 100 | | | 1 |
| 03152200 | MUS2VOEN | 95 | | 96 | | | 1 |
| **Tot Crt:** 9.000 | **State:** 9 | **Local:** 0 | | | | | |

**Year:** 2018-19     Gr: 11

**Building:** Porter High School     031901002

| Dept | Course | | SEM1 | | SEM2 | | SEM3 | Credit |
|---|---|---|---|---|---|---|---|---|
| LA | A3220100 | APENGLAN | 79 | P | 74 | P | | 1 |
| SC | A3050003 | APPHYS1 | 75 | P | 75 | P | | 1 |
| SS | A3340100 | APUSHIST | 91 | P | 93 | P | | 1 |
| FA | 03150300 | MUS3BAND | 100 | | 100 | | | 1 |
| FA | 03151900 | MUS3INEN | 99 | | 100 | | | 1 |
| FA | 03152300 | MUS3VOEN | 95 | | 96 | | | 1 |
| CT | 13027410 | NETWRLAB | 93 | | 98 | | | 2 |
| MA | 03101100 | PRE CALC | 80 | Q | 74 | Q | | 1 |
| | | **Tot Crt:** 9.000 | **State:** 9 | | **Local:** 0 | | | |

01/06/20

# Grade Report

## Porter High School

**Principal** Mary Solis

**Phone:** (956)548-7800

| Student Name: | Gomez, Marcos Daniel | | | | | | Homeroom: | | M115 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Student ID: | 1800833 | | | | | | Counselor: | | Moore, Laura E | | | |
| Grade: | 12 | | | | | | Reporting Periods: | | MP3 | | | |

| Course | | Description | Teacher | MP1 | MP2 | MP3 | ABS | EXA3 | EXM1 | TERM1 | ABS YR | EABS Y | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280291 | 1 | Comet 4a | Onofre, Oscar | 92 | 93 | 98 | 1 | 0 | 100 | 96 | 2 | 0 | 0.5 |
| 173773 | 13 | HEALTH ED | Moyn, Julian | 97 | 96 | 97 | 2 | 0 | 100 | 98 | 4 | 0 | 0.5 |
| 0T1151 | 6 | Ap phys A | Serrano, Antonio | 93 | 92 | 93 | 2 | 0 | 84 | 91 | 3 | 0 | 0.5 |
| 103443 | 2 | AP US GOVT/POL | Mendoza, Arnoldo | 87 | 84 | 91 | 2 | 0 | 88 | 88 | 5 | 0 | 0.5 |
| 040831 | 3 | AP ENG LIT COM A | Salazar, Nelda | 89 | 92 | 89 | 1 | 0 | 100 | 93 | 4 | 0 | 0.5 |
| 274951 | 3 | Estudiantina 1a | Hugonnett, Eric | 97 | 98 | 95 | 2 | 0 | 98 | 97 | 2 | 0 | 0.5 |
| 0T1291 | 1 | 2 COMPTECH A | Hernandez, Miguel | 95 | 96 | 95 | 4 | 0 | 100 | 97 | 10 | 0 | 0 |
| 204781 | 1 | Sym Band A Mar | BARAJAS, ROGELIO | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 0 | 0 | 0.5 |

| Daily Attendance | | | | Credit | GPA | Total Earned Credit: 3.5 | |
|---|---|---|---|---|---|---|---|
| Description | | Current | YTD | Current Semester | 3.5000 | Rank in Class | / |
| UN-EXCUSED ABSENCES | | 1 | 5 | Cumulative | 3.5000 | | |
| EXCUSED ABSENCES | | 0 | 0 | | | | |

Porter High School
3500 International Blvd
Brownsville, TX 78521

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
CITY, ST
PERMIT NO XXX

Marcos Daniel Gomez
RE: Gomez, Marcos Daniel
2625  POLK ST
BROWNSVILLE, TX 78520-6744

01/14/20

# Grade Report

## Porter High School

**Principal** Mary Solis                    **Phone:**   (956)548-7800

| Student Name: | Gomez, Marcos Daniel | | | | | | | | | | Homeroom: | M115 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Student ID: | 1800833 | | | | | | | | | | Counselor: | Moore, Laura E | | |
| Grade: | 12 | | | | | | | | | | Reporting Periods: | MP3 | | |

| Course | | Description | Teacher | MP1 | MP2 | MP3 | ABS3 | EXA3 | EXM1 | TERM1 | ABS YR | EABS Y | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280291 | 1 | Cornet 4a | Onofre, Oscar | 92 | 93 | 98 | 1 | 0 | 100 | 96 | 2 | 0 | 0.5 |
| 173773 | 13 | HEALTH ED | Moya, Julian | 97 | 98 | 97 | 2 | 0 | 100 | 98 | 4 | 0 | 0.5 |
| 0T1151 | 6 | Anatphys A | Serrano, Antonio | 93 | 92 | 93 | 2 | 0 | 84 | 91 | 3 | 0 | 0.5 |
| 103443 | 2 | AP US GOVT/POL | Mendoza, Arnoldo | 87 | 84 | 91 | 2 | 0 | 88 | 88 | 5 | 0 | 0.5 |
| 040831 | 3 | AP ENG LIT COM A | Salazar, Nelda | 89 | 92 | 89 | 1 | 0 | 100 | 93 | 4 | 0 | 0.5 |
| 274951 | 3 | Estudiantina 1a | Hugonnett, Eric | 97 | 98 | 95 | 2 | 0 | 98 | 97 | 2 | 0 | 0.5 |
| 0T1291 | 1 | 2 COMPTECH A | Hernandez, Miguel | 95 | 96 | 95 | 2 | 0 | 100 | 97 | 5 | 0 | 1 |
| 204781 | 1 | Sym Band A Mar | BARAJAS, ROGELIO | 100 | 100 | 100 | 0 | 0 | 100 | 100 | 0 | 0 | 0.5 |

| Daily Attendance | | | |
|---|---|---|---|
| **Description** | | **Current** | **YTD** |
| UN-EXCUSED ABSENCES | | 1 | 5 |
| EXCUSED ABSENCES | | 0 | 0 |
| | | | |

| | Credit | GPA |
|---|---|---|
| **Current Semester** | 4.5000 | |
| **Cumulative** | 4.5000 | |

| Total Earned Credit: | 4.5 |
|---|---|
| **Rank in Class** | / |

The 2018-19 School Report Card and Federal Report Card have been published for each Brownsville ISD campus. The link to the School Report Card and the Federal Report Card can be found on each campus website and the district website.

Porter High School
3500 International Blvd
Brownsville, TX 78521

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
CITY, ST
PERMIT NO XXX

Marcos Daniel Gomez
RE: Gomez, Marcos Daniel
2625  POLK ST
BROWNSVILLE, TX 78520-6744

05/30/19

# Grade Report

## Porter High School

**Principal** Mary Solis

**Phone:** (956)548-7800

| Student Name: | Gomez, Marcos Daniel | | Homeroom: | C103 |
|---|---|---|---|---|
| Student ID: | 1800833 | | Counselor: | Moore, Laura E |
| Grade: | 11 | | Reporting Periods: | MP6 |

| Course | | Description | Teacher | MP1 | MP2 | MP3 | EXM1 | TERM MP4 1 | MP5 | MP6 | ABS6 | EXA6 | ABSYR | EABSY | EXM2 | TERM2 | FINAL | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003041 | 1 | AP PHYS IA ALG-BASED | Garcia, Elizabeth | 91 | 73 | 57 | 80 | 75 | | | | | 6 | 1 | | | | 0.5 |
| 003042 | 1 | AP PHYS IB ALG-BASED | Garcia, Elizabeth | | | | | | 73 | 60 | 66 | 2 | 0 | 4 | 1 | 100 | 75 | 75 | 0.5 |
| ECAP81 | 2 | AP US HIST A | Zimmer, Jylian A | 98 | 93 | 90 | 82 | 91 | | | | | | 1 | 1 | | | | 0.5 |
| ECAP82 | 2 | AP US HIST B | Zimmer, Jylian A | | | | | | 80 | 90 | 100 | 1 | 0 | 1 | 1 | 100 | 93 | 92 | 0.5 |
| 092281 | 3 | Precal A Pre | Bowman, Araceli | 83 | 80 | 76 | 81 | 80 | | | | | | 3 | 1 | | | | 0.5 |
| 092282 | 3 | Precal B Pre | Bowman, Araceli | | | | | | 75 | 79 | 71 | 2 | 0 | 5 | 1 | 69 | 74 | 77 | 0.5 |
| 030791 | 3 | AP ENG LANG COM A | Lizardi-Burlette, Cynthia | 86 | 82 | 78 | 70 | 79 | | | | | | 5 | 1 | | | | 0.5 |
| 030792 | 3 | AP ENG LANG COM B | Lizardi-Burlette, Cynthia | | | | | | 83 | 84 | 62 | 0 | 0 | 0 | 1 | 65 | 74 | 77 | 0.5 |
| 274971 | 2 | Estudiantina 3a | Hugonnett, Eric | 95 | 95 | 95 | 95 | 95 | | | | | | 4 | 1 | | | | 0.5 |
| 274972 | 2 | Estudiantina 3B | Hugonnett, Eric | | | | | | 98 | 95 | 95 | 1 | 0 | 4 | 1 | 95 | 96 | 96 | 0.5 |
| 280441 | 1 | Tuba 3a | BARAJAS, ROGELIO | 96 | 100 | 100 | 100 | 99 | | | | | | 2 | 1 | | | | 0.5 |
| 280442 | 1 | Tuba 3b | BARAJAS, ROGELIO | | | | | | 99 | 100 | 100 | 0 | 0 | 0 | 1 | 100 | 100 | 100 | 0.5 |
| 0T2211 | 3 | NETWORKING A | Cortez, Claudia | 97 | 94 | 90 | 91 | 93 | | | | | | 4 | 1 | | | | 1 |
| 0T2212 | 3 | NETWORKING B | Cortez, Claudia | | | | | | 97 | 98 | 98 | 2 | 0 | 4 | 1 | 100 | 98 | 96 | 1 |
| 274791 | 1 | Con Band A | BARAJAS, ROGELIO | 100 | 100 | 100 | 100 | 100 | | | | | | 0 | 0 | | | | 0.5 |
| 274792 | 1 | Con Band B | BARAJAS, ROGELIO | | | | | | 100 | 100 | 100 | 0 | 0 | 0 | 1 | 100 | 100 | 100 | 0.5 |

| Daily Attendance | | | | Credit | GPA |
|---|---|---|---|---|---|
| Description | Current | YTD | Current Semester | 4.5000 | |
| UN-EXCUSED ABSENCES | 0 | 0 | Cumulative | 4.5000 | |
| EXCUSED ABSENCES | 0 | 0 | | | |
| | | | | | |

**Total Earned Credit:** 9

**Rank in Class** /

Porter High School
3500 International Blvd
Brownsville, TX 78521

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
CITY, ST
PERMIT NO XXX

Marcos Daniel Gomez
RE: Gomez, Marcos Daniel
2625  POLK ST
BROWNSVILLE, TX 78520-6744

06/11/18

# Grade Report

## Porter High School

**Principal** Mary Solis     **Phone:**   (956)548-7800

| Student Name: | Gomez, Marcos Daniel |
| Student ID: | 1800833 |
| Grade: | 10 |

| Homeroom: | K101 |
| Counselor: | Maddox, Lucinda |
| Reporting Periods: | MP6 |

| Course | | Description | Teacher | MP1 | MP2 | MP3 | EXM1 | TERM1 | MP4 | MP5 | MP6 | ABS6 | EXA6 | ABSYR | EABSY | EXM2 | TERM2 | FINAL | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 092921 | 5 | Chem A Pre | Rutledge, Eliza | 88 | 90 | 93 | 87 | 90 | | | | | | 0 | 0 | | | | 0.5 |
| 092922 | 5 | Chem B Pre | Rutledge, Eliza | | | | | | 89 | 91 | 88 | 1 | 0 | 1 | 0 | 97 | 91 | 91 | 0.5 |
| 173361 | 1 | AP W HIST A | Zamarripa, Hector Omar | 88 | 70 | 70 | 89 | 79 | | | | | | 2 | 0 | | | | 0.5 |
| 173362 | 1 | AP W HIST B | Zamarripa, Hector Omar | | | | | | 84 | 98 | 100 | 1 | 0 | 2 | 0 | 100 | 96 | 88 | 0.5 |
| 092171 | 1 | Alg 2a Pre | Alvarez, Lauro A | 94 | 99 | 87 | 92 | 93 | | | | | | 0 | 0 | | | | 0.5 |
| 092172 | 1 | Alg 2b Pre | Alvarez, Lauro A | | | | | | 78 | 87 | 87 | 3 | 0 | 3 | 0 | 82 | 84 | 89 | 0.5 |
| 274961 | 1 | Estudiantina 2a | Hugonnett, Eric | 95 | 95 | 95 | 95 | 95 | | | | | | 1 | 0 | | | | 0.5 |
| 274962 | 1 | Estudiantina 2b | Hugonnett, Eric | | | | | | 98 | 95 | 95 | 1 | 0 | 2 | 0 | 95 | 96 | 96 | 0.5 |
| EC0341 | 2 | Eng 2A Pre | De Los Santos, Orlando | 93 | 84 | 93 | 100 | 93 | | | | | | 0 | 0 | | | | 0.5 |
| EC0342 | 2 | Eng 2B Pre | De Los Santos, Orlando | | | | | | 97 | 96 | 100 | 0 | 0 | 0 | 0 | 100 | 98 | 96 | 0.5 |
| 280271 | 1 | Cornet 2a | Onofre, Oscar | 99 | 89 | 94 | 87 | 92 | | | | | | 0 | 0 | | | | 0.5 |
| 280272 | 2 | Cornet 2b | BARAJAS, ROGELIO | | | | | | 100 | 100 | 100 | 0 | 0 | 0 | 0 | 100 | 100 | 96 | 0.5 |
| 0T1271 | 2 | 1 Compmtn A | Hernandez, Miguel | 93 | 93 | 94 | 98 | 95 | | | | | | 0 | 0 | | | | 0.5 |
| 0T1272 | 2 | 1 Compmtn B | Hernandez, Miguel | | | | | | 91 | 90 | 90 | 1 | 0 | 1 | 0 | 90 | 90 | 93 | 0.5 |
| 271841 | 4 | French 1a | Blasingame, Marsha Rowan | 93 | 95 | 80 | 70 | 85 | | | | | | 0 | 0 | | | | 0.5 |
| 271842 | 4 | French 1b | Blasingame, Marsha Rowan | | | | | | 100 | 100 | 100 | 2 | 0 | 2 | 0 | 100 | 100 | 93 | 0.5 |
| 274741 | 1 | Cad Band A | BARAJAS, ROGELIO | 100 | 100 | 100 | 100 | 100 | | | | | | 0 | 0 | | | | 0.5 |
| 274762 | 1 | Cad Band B | BARAJAS, ROGELIO | | | | | | 100 | 100 | 100 | 0 | 0 | 0 | 0 | 100 | 100 | 100 | 0.5 |

| Daily Attendance | | |
|---|---|---|
| Description | Current | YTD |
| UN-EXCUSED ABSENCES | 1 | 4 |
| EXCUSED ABSENCES | 0 | 0 |
| | | |

| | Credit | GPA |
|---|---|---|
| Current | 4.5000 | |
| Semester | 4.5000 | |
| Cumulative | 21.5000 | |

**Total Earned Credit:** 9
**Rank in Class** /

---

Porter High School
3500 International Blvd
Brownsville, TX 78521

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
CITY, ST
PERMIT NO XXX

Marcos Daniel Gomez
RE: Gomez, Marcos Daniel
2625  POLK ST
BROWNSVILLE, TX 78520-6744

05/29/20

# Grade Report

## Porter High School

**Principal** Mary Solis          Phone:   (956)548-7800

| Student Name: | Gomez, Marcos Daniel | | Homeroom: | M115 |
|---|---|---|---|---|
| Student ID: | 1800833 | | Counselor: | Moore, Laura E |
| Grade: | 12 | | Reporting Periods: | MP5 |

| Course | | Description | Teacher | MP1 | MP2 | MP3 | EXM1 | TERM1 | MP4 | MP5 | TERM2 | GPA MK | FINAL | ABSYR | EABSY | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280291 | 1 | Cornet 4a | Onofre, Oscar | 92 | 93 | 98 | 100 | 96 | | | | | | 2 | 0 | 0.5 |
| 280292 | 1 | Cornet 4b | Onofre, Oscar | | | | | | 70 | 75 | 73 | 70 | 75 | 3 | 0 | 0.5 |
| 173773 | 13 | HEALTH ED | Moya, Julian | 97 | 98 | 97 | 100 | 98 | | | | | | 4 | 0 | 0.5 |
| 300823 | 8 | Profcomm | Trevino, Flor L | | | | | | 100 | 95 | 98 | 100 | | 6 | 0 | 0.5 |
| 0T1151 | 6 | Anatphys A | Serrano, Antonio | 93 | 92 | 93 | 84 | 91 | | | | | | 3 | 0 | 0.5 |
| 0T1152 | 6 | Anatphys B | Serrano, Antonio | | | | | | 90 | 91 | 91 | 90 | 91 | 4 | 0 | 0.5 |
| 103443 | 2 | AP US GOVT/POL | Mendoza, Arnoldo | 87 | 84 | 91 | 88 | 88 | | | | | | 5 | 0 | 0.5 |
| 108953 | 6 | ECONOMICS | Rios, Roberto Jeovan | | | | | | 92 | 93 | 93 | 92 | 93 | 3 | 0 | 0.5 |
| 040831 | 3 | AP ENG LIT COM A | Salazar, Nelda | 89 | 92 | 89 | 100 | 93 | | | | | | 4 | 0 | 0.5 |
| 040832 | 3 | AP ENG LIT COM B | Salazar, Nelda | | | | | | 95 | 90 | 93 | 95 | 93 | 2 | 0 | 0.5 |
| 274951 | 3 | Estudiantina 1a | Hugonnett, Eric | 97 | 98 | 95 | 98 | 97 | | | | | | 2 | 0 | 0.5 |
| 274952 | 3 | Estudiantina 1b | Hugonnett, Eric | | | | | | 95 | 95 | 95 | 95 | 96 | 3 | 0 | 0.5 |
| 0T1291 | 1 | 2 COMPTECH A | Hernandez, Miguel | 95 | 96 | 95 | 100 | 97 | | | | | | 5 | 0 | 1 |
| 0T1292 | 1 | 2 COMPTECH B | Hernandez, Miguel | | | | | | 93 | 94 | 94 | 93 | 96 | 4 | 0 | 1 |
| 204781 | 1 | Sym Band A Mar | BARAJAS, ROGELIO | 100 | 100 | 100 | 100 | 100 | | | | | | 0 | 0 | 0.5 |
| 204782 | 1 | Sym Band B Mar | BARAJAS, ROGELIO | | | | | | 100 | 90 | 95 | 100 | 98 | 0 | 0 | 0.5 |

| Daily Attendance | | | | Current | 0.0000 | |
|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Semester** | | | |
| UN-EXCUSED ABSENCES | 1 | 11 | **Cumulative** | 4.5000 | |
| EXCUSED ABSENCES | 0 | 0 | | | |

| | Credit | GPA |
|---|---|---|
| Current Semester | 0.0000 | |
| Cumulative | 4.5000 | |

**Total Earned Credit:** 9

**Rank in Class** /

Legend:
**TERM1: 1st Semester Average   TERM2: 2nd Semester Average   GPAMK: Report Card Mark Used for Ranking**

Porter High School
3500 International Blvd
Brownsville, TX 78521

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
CITY, ST
PERMIT NO XXX

Marcos Daniel Gomez
RE: Gomez, Marcos Daniel
2625  POLK ST
BROWNSVILLE, TX 78520-6744

02/18/20

# Grade Report

## Porter High School

**Principal** Mary Solis          **Phone:** (956)548-7800

| Student Name: | Gomez, Marcos Daniel | | | | | | | Homeroom: | | M115 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Student ID: | 1800833 | | | | | | | Counselor: | | Moore, Laura E | | | |
| Grade: | 12 | | | | | | | Reporting Periods: | | MP4 | | | |

| Course | | Description | Teacher | MP1 | MP2 | MP3 | EXM | TERM MP4 1 | ABS4 | EXA 4 | ABSY R | EABSY | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280291 | 1 | Cornet 4a | Onofre, Oscar | 92 | 93 | 98 | 100 | 96 | | | 2 | 0 | 0.5 |
| 280292 | 1 | Cornet 4b | Onofre, Oscar | | | | | 70 | 3 | 0 | 3 | 0 | 0 |
| 173773 | 13 | HEALTH ED | Moya, Julian | 97 | 98 | 97 | 100 | 98 | | | 4 | 0 | 0.5 |
| 300823 | 8 | Profcomm | Trevino, Flor L | | | | | 100 | 5 | 0 | 5 | 0 | 0 |
| 0T1151 | 6 | Anatphys A | Serrano, Antonio | 93 | 92 | 93 | 84 | 91 | | | 3 | 0 | 0.5 |
| 0T1152 | 6 | Anatphys B | Serrano, Antonio | | | | | 90 | 4 | 0 | 4 | 0 | 0 |
| 103443 | 2 | AP US GOVT/POL | Mendoza, Arnoldo | 87 | 84 | 91 | 88 | 88 | | | 5 | 0 | 0.5 |
| 108953 | 6 | ECONOMICS | Rios, Roberto Jeovan | | | | | 92 | 3 | 0 | 3 | 0 | 0 |
| 040831 | 3 | AP ENG LIT COM A | Salazar, Nelda | 89 | 92 | 89 | 100 | 93 | | | 4 | 0 | 0.5 |
| 040832 | 3 | AP ENG LIT COM B | Salazar, Nelda | | | | | 95 | 2 | 0 | 2 | 0 | 0 |
| 274951 | 3 | Estudiantina 1a | Hugonnett, Eric | 97 | 98 | 95 | 98 | 97 | | | 2 | 0 | 0.5 |
| 274952 | 3 | Estudiantina 1b | Hugonnett, Eric | | | | | 95 | 3 | 0 | 3 | 0 | 0 |
| 0T1291 | 1 | 2 COMPTECH A | Hernandez, Miguel | 95 | 96 | 95 | 100 | 97 | | | 5 | 0 | 1 |
| 0T1292 | 1 | 2 COMPTECH B | Hernandez, Miguel | | | | | 93 | 3 | 0 | 3 | 0 | 0 |
| 204781 | 1 | Sym Band A Mar | BARAJAS, ROGELIO | 100 | 100 | 100 | 100 | 100 | | | 0 | 0 | 0.5 |
| 204782 | 1 | Sym Band B Mar | BARAJAS, ROGELIO | | | | | 100 | 0 | 0 | 0 | 0 | 0 |

| Daily Attendance | | | |
|---|---|---|---|
| **Description** | | **Current** | **YTD** |
| UN-EXCUSED ABSENCES | | 1 | 10 |
| EXCUSED ABSENCES | | 0 | 0 |

| | Credit | GPA |
|---|---|---|
| **Current Semester** | 0.0000 | |
| **Cumulative** | 0.0000 | |

| **Total Earned Credit:** | 4.5 |
|---|---|
| **Rank in Class** | / |

Porter High School
3500 International Blvd
Brownsville, TX 78521

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
CITY, ST
PERMIT NO XXX

Marcos Daniel Gomez
RE: Gomez, Marcos Daniel
2625  POLK ST
BROWNSVILLE, TX 78520-6744